# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| ROY HOWARD, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| vs. ) | CASE NO. _____ |
| ) | |
| GCHNC3, LLC. d/b/a HEMP XR ) | |
| - and - ) | |
| F&W ENTERPRISES, LLC., ) | |
| ) | |
| DEFENDANTS ) | |
| _____ ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY, LEXINGTON DIVISION

Defendant, F&W Enterprises, LLC. (F&W), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and without consenting to the jurisdiction of the United States District Court for the Eastern District of Kentucky, files this Notice of Removal on the following grounds:

1.  On August 29, 2022, the Plaintiff, Roy Howard (Plaintiff) brought suit against the Defendant, GCHNC3, LLC (GNHC3), in the Circuit Court of Fayette County, Kentucky under Civil Action No. 22-CI-02477.

2.  On December 2, 2022, the Plaintiff filed an Amended Complaint in the Fayette Circuit Court which named F&W as an additional party defendant. F&W, through counsel, accepted service of process of the Amended Complaint on December 14, 2022.

3. This is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1332, diversity of citizenship, and is one which may be removed to this Court pursuant to 28 U.S.C. §1441 as a civil action in which the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, between citizens of different states.

4. Upon information and belief, Plaintiff was at the time of the commencement of this action, and remains, a citizen of the Commonwealth of Kentucky.

5. Removal is appropriate in this action because GCHNC3, the original defendant named and served in Plaintiff's Complaint, is not incorporated in, and does not have its principal place of business, in the Commonwealth of Kentucky and is not otherwise a resident of the Commonwealth of Kentucky. GCHNC3 is a North Carolina limited liability company having its principal place of business in Greensboro, North Carolina.

6. F&W is a North Carolina limited liability company which has its principal place of business in Durham, North Carolina.

7. In assessing whether the state action involves a value of $75,000.00 or more, the Court shall make an independent appraisal of the value of the allegations of the claimed injury in the Plaintiff's pleadings, and the burden is on a moving Defendant to show by a preponderance of the evidence that Plaintiff's claims meet the federal amount in controversy requirement. *See Gaffert v. General Electric Co.*, 997 F.2d 150, 158 (6th Cir. 1993).

8. In the present action, Plaintiff has asserted claims against both GCHNC3 and F&W for negligence, failure to warn, violation of the Kentucky Consumer Protection Act and violation of KY. REV. STAT. ANN. § 311.590. Plaintiff alleges that his use of a product manufactured by F&W and sold by GCHNC3 caused him to collide with a LexTrans bus (Amended Complaint, ¶14) and resulted in him suffering damages for: (1) past, present, and future physical and mental anguish; (2) actual, compensatory, incidental, and foreseeable damages; (3) breach of the Uniform Commercial Code, Article 2, warranties of merchantability, express warranty, and implied warranty of fitness for a particular purpose; and (4) punitive damages. Plaintiff also requests statutory attorney fees for pursuing this action.

9. In addition, Plaintiff has given notice through counsel of putative claims to which he may be subjected by passengers on the LexTrans bus that he hit. *See* December 13, 2022, E-Mail communication attached hereto as Exhibit 1. Ostensibly, the Plaintiff will seek recovery of such third-party damage claims herein against F&W and GCHNC3 as part of the relief sought in his Amended Complaint.

10. F&W denies that it is liable for any of the Plaintiff's alleged damages. It is, however, apparent from the face of the Plaintiffs' Amended Complaint, particularly the list of Plaintiff's claimed damages, his request for punitive damages and attorney fees, as well as the articulated possibility of third-party damage claims, that the amount in controversy will, in fact, concern more than $75,000.00 if Plaintiff's allegations are correct and proven a trial.

11. The filing of this Notice of Removal is timely, pursuant to 28 U.S.C. §1446(b), as it is filed within 30-days of the earliest date on which F&W was served with a copy of the Amended Complaint. Namely, F&W first received a copy of the Amended Complaint when its undersigned counsel voluntarily accepted service thereof on its behalf on December 14, 2022, in lieu of formal service of process through its process agent by the Kentucky Secretary of State. F&W has not been served with any other pleading in this action other than the attached summons and Complaint, nor is it aware that any other pleadings have been filed in the Fayette Circuit Court. F&W has not been served with any Order from the Fayette Circuit Court; nor is it aware that an Order has been issued.

12. F&W will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d), and will file a copy of this Notice of Removal with the Clerk of the Fayette Circuit Court as further required.

13. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings served upon F&W are attached as Exhibit 2 to this Notice of Removal, in addition to all pleadings filed to date in the state action as well as a copy of the state court docket sheet. These documents consist of a true and correct copies of: (1) the Plaintiff's original Complaint and Summons issued to GCHNC3; (2) GCHNC3's Answer; (3) the Fayette Circuit Court's December 2, 2022 Order authorizing the Plaintiff's Amended Complaint; (4) the Amended Complaint and Summons issued to F&W; (5) GCHNC3's Answer to the Amended Complaint; and (6) F&W's Acceptance of Service.

**WHEREFORE**, Defendant, F&W Enterprises, LLC., prays that this action be removed from the Fayette Circuit Court, Fayette County, Kentucky, to this Court, The United States District Court for the Eastern District of Kentucky, Lexington Division, for trial and determination.

December 14, 2022

                                            Respectfully submitted,

                                            */s/ J. Gregory Troutman*
                                            J. GREGORY TROUTMAN (84473)
                                            TROUTMAN LAW OFFICE, PLLC.
                                            4205 Springhurst Boulevard, Suite 201
                                            Louisville, KY 40241
                                            (502) 412-9179
                                            Counsel for Defendant,
                                            F&W Enterprises, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true copies of the foregoing were also e-mailed on said date to:

| | |
|---|---|
| James M. Yoder | John T. Hamilton |
| Todd & Todd, PLLC | P.O. Box 240 |
| 153 Market Street | Lexington, KY 40588 |
| Lexington, KY 40507 | |

                                              */s/ J. Gregory Troutman*
                                            J. GREGORY TROUTMAN